996 F.2d 827
 Betty WRIGHT, Executrix of the Estate of Gladys Finch,
Plaintiff-Appellant/Cross-Appellee,
v.
FINANCE SERVICE OF NORWALK, INC., Defendant-Appellee/Cross-Appellant.
 Nos. 91-4156, 92-3004.
 United States Court of Appeals,
Sixth Circuit.
 Sept. 15, 1993.
 
 Before: MERRITT, Chief Judge, and KEITH, KENNEDY, MARTIN, JONES, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, and BATCHELDER, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as possible.